```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                              Case No. 10-cr-99-PB

**FNU LNU**
**aka Juan Antonio Cosme-Marcano**


### O R D E R

The defendant, through counsel, has moved to continue the trial scheduled for November 2, 2010, citing a scheduling conflict.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from November 2, 2010 to December 2, 2010.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(7)(A) that the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

The October 28, 2010 final pretrial conference is continued to November 19, 2010 at 11:30 a.m.  No further continuances.

SO ORDERED.

/s/Paul Barbadoro  
Paul Barbadoro  
United States District Judge

October 25, 2010

cc: Mark Howard, Esq.
    Alfred Rubega, AUSA
    United States Probation
    United States Marshal